AO 247 (Rev. 11/11) ALSD  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)    Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Southern District of Alabama

| United States of America | ) | | |
|---|---|---|---|
| v. | ) | | |
| BYRON LEE PHILLIPS | ) | Case No: | 13-00060-CB-B |
| | ) | USM No: | 72719-079 |
| Date of Original Judgment: Sept. 21, 2009 | ) | | |
| Date of Previous Amended Judgment: | ) | Paul Bradley Murray, Esq. | |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Attorney* | |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED.  ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(Complete Parts I and II of Page 2 when motion is granted)*

**ADDITIONAL COMMENTS**

The defendant is not eligible for a reduction of sentence because the amendment does not have the effect of lowering the defendant's base offense level or sentencing guideline range. See U.S. Sentencing Guidelines Manual § 1.B1.10(a)(2)(B) (no reduction if amendment "does not have the effect of lowering the defendant's applicable guideline range").  The defendant was found to be a career offender. (PSR ¶ 29.)  His base offense level and sentencing guideline range were based on the career offender guideline, U.S.S.G. § 4B1.1.  Amendment 782 amended the drug quantity guideline, U.S.S.G. § 2D1.1, but made no change to the career offender guideline.

Except as otherwise provided, all provisions of the judgment dated   Sept. 21, 2009   shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  March 11, 2016                            s/Charles R. Butler, Jr.
                                                        *Judge's signature*

Effective Date: _____                       Charles R. Butler, Jr., Senior United States District Judge
*(if different from order date)*                *Printed name and title*